KRISTINA L. HILLMAN, Bar No. 7752
TIFFANY CRAIN ALTAMIRANO, Bar No. 14160
LAW OFFICES OF KRISTINA L. HILLMAN
Affiliated with Weinberg, Roger & Rosenfeld
A Professional Corporation
1594 Mono Avenue
P.O. Box 1987
Minden, Nevada 89423
Telephone (775) 770-4832
Fax (775) 782-6932
E-Mail: khillman@unioncounsel.net
taltamirano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as TRUSTEES OF THE NATIONAL ROOFING INDUSTRY PENSION FUND, NATIONAL ROOFERS RESEARCH AND EDUCATION TRUST, NATIONAL ROOFERS UNION & EMPLOYERS HEALTH & WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>DEAN INDUSTRIES, LLC,<br><br>Defendant. | Case No.<br><br>**INDEX OF EXHIBITS TO COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, DAMAGES AND AUDIT** |

| Exhibit | Title | Pages |
|---|---|---|
| A | National Roofing Industry Pension Fund Trust Agreement; National Roofers Union Health and Welfare Fund Trust Agreement; and Roofers and Waterproofers Research and Education Trust Fund Trust Agreement. | 1-77 |

| B | Collective Bargaining Agreement between Dean Industries, LLC and United Union of Roofers Waterproofers and Allied Workers Local 162. | 78-119 |
| C | Demand for payment of the audit liability, dated August 23, 2018 | 120-121 |

Dated: August 28, 2019

LAW OFFICES OF KRISTINA L. HILLMAN
Affiliated with Weinberg, Roger & Rosenfeld
A Professional Corporation

Respectfully Submitted:

By: /s/ *Tiffany Crain Altamirano*
Kristina L. Hillman
Tiffany Crain Altamirano

Attorneys for Plaintiffs

145741\1043231

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
INDEX OF EXHIBITS TO COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, DAMAGES AND AUDIT
Case No. _____