# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Board of Trustees as Trustees of the
National Roofing Industry Pension Fund
                Plaintiff,
v.

Dean Industries, LLC

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01504-KJD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the [11] Court's Order granting the Plaintiff's Motion for Default Judgment, Judgment is hereby entered for Plaintiffs, against the Defendant in the amount of $443,075.20

4/13/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk